No. 212, Misc.   GRAHAM *v.* DOWD, WARDEN, ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 290.   WATSON ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari granted. *A. Calder Mackay* for petitioners.   *Acting Solicitor General Stern* filed a memorandum for respondent stating that the petition for writ of certiorari is not opposed.

No. 296.   ALSTATE CONSTRUCTION Co. *v.* TOBIN, SECRETARY OF LABOR.   C. A. 3d Cir.   Certiorari granted. *Gilbert Nurick* for petitioner.   *Acting Solicitor General Stern, William S. Tyson* and *Bessie Margolin* filed a memorandum stating that respondent does not object to the granting of the writ of certiorari in this case.

No. 410.   THOMAS *v.* HEMPT BROTHERS.   Supreme Court of Pennsylvania.   Certiorari granted.   *Henry C. Kessler, Jr.* and *Richard W. Galiher* for petitioner. *Sterling G. McNees* for respondent.

No. 382.   TAN ET AL. *v.* UNITED STATES.   Court of Claims.   Certiorari denied.   *Prew Savoy* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Baldridge, Paul A. Sweeney* and *Herman Marcuse* for the United States.

No. 386.   DE GUIA ET AL. *v.* UNITED STATES.   Court of Claims.   Certiorari denied.   *Ernest Schein* for petition-